JOHN HAYES, Appellant, *v.* FLORENCE HARRISON et al., Respondents, and JAMES BURROWS, Appellant.

*Hayes* v. *Harrison,* 140 App. Div. 453, affirmed.
(Argued June 13, 1912; decided June 29, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 18, 1910, affirming a judgment in favor of defendants respondents entered upon a decision of the court on trial at Special Term in an action of partition.

*Harold Swain, William H. Sweny* and *Edwin W. Cady* for appellants.

*Bela Darwin Eisler* and *Howard Campbell* for respondents.

Judgment affirmed, with costs, on opinion of DOWLING, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.